443 A.2d 407

Klein, Appellant v. Prudential Property and
Casualty Insurance Co., etc.
Petition for Allowance of Appeal Denied Aug. 20, 1982.

Argued December 16, 1981. James
Womer, for appellant; Frederick H. Krans, for appellee.
Before WICKERSHAM, BECK and POPOVICH, JJ.
Order affirmed.

443 A.2d 408

Narehood v. Keiter, et al., Appellants.

Argued January 6, 1982. John
McCrea, for appellants; Bruce A. Grove, for appellee.
Before SPAETH, CAVANAUGH and MONTEMURO, JJ.
Order affirmed.